| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Catherine Jean Mallan** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    **xxx–xx–7191** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **District of Minnesota** <br> Case number:    19–31750 – WJF | | Date case filed for chapter  **7    5/30/19** |
| **You can receive** court notices and orders by **email** instead of U.S. Mail via these **two options:** | **For creditors:** Register for Electronic Bankruptcy Noticing at **ebn.uscourts.gov**. | **For debtors:** Register for Debtor Electronic Bankruptcy Noticing (DeBN) at **www.mnb.uscourts.gov/debn** |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Catherine Jean Mallan | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1023 Topping Street <br> St Paul, MN 55103 | |
| 4. | **Debtor's attorney** <br> Name and address | Andrew C. Walker <br> Walker & Walker Law Offices PLLC <br> 4356 Nicollet Ave S <br> Minneapolis, MN 55409 | Contact phone: 612–824–4357 <br> Email: curtwalkerbky@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Mary Jo A Jensen–Carter <br> Buckley & Jensen <br> 1257 Gun Club Road <br> White Bear Lake, MN 55110 | Contact phone: 651–486–7475 <br> Email: trustee@buckleyjensen.comcastbiz.net |

**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office** | 200 Warren E Burger Federal Building and US Courthouse<br>316 N Robert St<br>St Paul, MN 55101 | Hours open: Monday – Friday: 8:00am – 5:00pm<br>Contact phone: 651–848–1000<br>Web address: www.mnb.uscourts.gov<br><br>Date: 5/31/19 |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | | |
| 7. | **Meeting of creditors** | **June 24, 2019 at 03:00 PM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **U S Courthouse Rm 402, 316 N Robert St, St. Paul, MN 55101** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 8/23/19** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | | **Certificate of Completion of Financial Management Course due:**<br>Credit Counseling and Debtor Education Information can be found at<br>http://www.usdoj.gov/ust/eo/bapcpa/ccde/index.htm | **Filing deadline: 8/23/19** |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of Minnesota

In re:                                                                    Case No. 19-31750-WJF
Catherine Jean Mallan                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-3          User: kim                Page 1 of 1               Date Rcvd: May 31, 2019
                              Form ID: 309A            Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2019.
```
db            +Catherine Jean Mallan,    1023 Topping Street,    St Paul, MN 55103-1253
tr            +Mary Jo A Jensen-Carter,    Buckley & Jensen,    1257 Gun Club Road,
               White Bear Lake, MN 55110-3379
smg           +United States Attorney,    600 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
62260451      +Alltran Health Inc,    PO Box 519,    Sauk Rapids, MN 56379-0519
62260454      +Service Finance Company LLC,    555 S Federal Highway Suite 200,    Boca Raton FL 33432-6033
62260455       Twin Cities Anesthesia Associates,    SDS 12 2673,    PO Box 86,    Minneapolis, MN 55486-2673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: curtwalkerbky@gmail.com May 31 2019 23:07:30     Andrew C. Walker,
               Walker & Walker Law Offices PLLC,    4356 Nicollet Ave S,    Minneapolis, MN   55409
smg           +EDI: MINNDEPREV.COM Jun 01 2019 02:53:00     Minnesota Department of Revenue,
               Bankruptcy Section,    PO BOX 64447,    St Paul, MN 55164-0447
ust           +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov May 31 2019 23:07:37     US Trustee,
               1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
62260452      +E-mail/Text: bankruptcyteam@quickenloans.com May 31 2019 23:07:52     QuickenLoans,
               1050 Woodward Avenue,    Detroit MI 48226-1906
62260453      +E-mail/Text: bankruptcynotices@healthpartners.com May 31 2019 23:08:03     Regions Hospital,
               Mail STOP 12403A,    640 Jackson St,    St Paul MN 55101-2502
62260456       EDI: WFFC.COM Jun 01 2019 02:53:00     Wells Fargo Bank,    c/o Customer Management,
               PO Box 95225,    Albuquerque, NM 87199-5225
                                                                                              TOTAL: 6
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          +US Trustee,   1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2019 at the address(es) listed below:
```
              Andrew C. Walker    on behalf of Debtor 1 Catherine Jean Mallan curtwalkerbky@gmail.com,
               notices@bankruptcytruth.com
              Mary Jo A Jensen-Carter    trustee1@buckleyjensen.com,
               trustee@buckleyjensen.comcastbiz.net;MN01@ecfcbis.com
              US Trustee    ustpregion12.mn.ecf@usdoj.gov
                                                                                             TOTAL: 3
```